UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Port Elizabeth Terminal & Warehouse Corp. et al.<br><br>Debtor(s) | Case No.: 25-22123 (Lead Case)<br><br>Adv. No.: ______<br><br>Judge: Vincent F. Papalia<br><br>Chapter: 11 |

**ORDER TRANSFERRING CASE(S)**
**TO ANOTHER JUDGE WITHIN THE DISTRICT**

The relief set forth on the following page is hereby **ORDERED**.

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒ ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable Vincent F. Papalia by the clerk:

| | | | |
|---|---|---|---|
| 25-22127 | 25-22129 | 25-22130 | 25-22131 |
| 25-22132 | | | |
| | | | |

and it is further

☐ ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable ______________________________ by the clerk:

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*Rev.6/1/06; jml*